# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

March 2, 2026

**VIA ECF**

MEMO ENDORSED

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *West v. Commissioner of Social Security*
>        Civil Action No. 1:25-cv-09476-GS

Dear Judge Stein,

We write on behalf of our client, Gregory Jamal West, with the consent of the defense, to request a 90-day extension of time to file his motion for judgment on the pleadings which is currently due on March 11, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension. The plaintiff requests this extension due to a heavy caseload with overlapping deadlines and a scheduled vacation over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **June 9, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **September 7, 2026**; and

- Plaintiff to file his reply, if any, on or before: **September 21, 2026.**

43 West 43rd Street, Suite 131          Telephone 212-725-9800      osbornlawpc.com
New York, New York 10036                Facsimile  212-500-5115      info@osbornlawpc.com

Honorable Gary Stein
March 2, 2026
Page Two


Thank you for your consideration of this request.

Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
lstrust@osbornlawpc.com


cc: Padma Ghatage, Esq. (by ECF)


Application granted.  Plaintiff's deadline to file his motion for judgment on the pleadings in this matter is extended to June 9, 2026. Additionally, Defendant's deadline to file a response to Plaintiff's motion is extended to September 7, 2026, and Plaintiff's deadline to file a reply, if any, is extended to September 21, 2026.

SO ORDERED.

Date:   New York, New York
        March 3, 2026

Gary Stein
United States Magistate Judge
Southern District of New York