# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                          dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                          ltrust@osbornlawpc.com

June 1, 2026

**MEMO ENDORSED**

**VIA ECF**

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:     *West v. Commissioner of Social Security*
                 Civil Action No. 1:25-cv-09476-GS

Dear Judge Stein,

We write on behalf of our client, Gregory Jamal West, with the consent of the defense, to request a 45-day extension of time to file his motion for judgment on the pleadings which is currently due on June 9, 2026, per the Court's March 3, 2026 Order granting Extension of Time. This is the parties' second request for an extension.  The plaintiff requests this extension due to a heavy caseload with overlapping deadlines over the upcoming weeks.

After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file his motion for judgment on the pleadings on or before: **July 24, 2026;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **October 22, 2026**; and

- Plaintiff to file his reply, if any, on or before: **November 5, 2026.**

43 West 43rd Street, Suite 131      Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036      Facsimile  212-500-5115     info@osbornlawpc.com

Honorable Gary Stein
June 1, 2026
Page Two


Thank you for your consideration of this request.

Respectfully submitted,


s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:     212-725-9800
Facsimile:     212-500-5115
lstrust@osbornlawpc.com


cc: Padma Ghatage, Esq. (by ECF)


Application granted.  Plaintiff's deadline to file his motion for judgment on the pleadings in this matter is extended to June 24, 2026. Additionally, Defendant's deadline to file a response to Plaintiff's motion is extended to October 22, 2026, and Plaintiff's deadline to file a reply, if any, is extended to November 5, 2026.  The Court will be disinclined to grant additional extensions absent compelling circumstances.

SO ORDERED.

Date:   New York, New York
        June 2, 2026

Gary Stein
United States Magistate Judge
Southern District of New York